IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
ELIZABETH ESCOBAR,              )
                                )   2:11-cv-03423-GEB-EFB
          Plaintiff,            )
                                )
     v.                         )   ORDER CONTINUING STATUS
                                )   (PRETRIAL SCHEDULING)
JP MORGAN CHASE BANK, DELINDA   )   CONFERENCE; FED. R. CIV. P.
WOLTRING, and DOES 1-20,        )   4(M) NOTICE
inclusive,                      )
                                )
          Defendants.           )
_____)
```

The Joint Status Report filed March 26, 2012, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on April 9, 2012, is continued to June 25, 2012, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure ("Rule 4(m)") that failure to serve Defendant Delinda Woltring with process within the 120 day period prescribed in that Rule may result in the unserved defendant being dismissed. To avoid dismissal, on or before April 23, 2012, Plaintiff shall file proof of

service for this defendant or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated:  March 28, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge