IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ESCOBAR, | 2:11-cv-03423-GEB-EFB |
|     Plaintiff, | |
|     v. | ORDER OF DISMISSAL |
| JP MORGAN CHASE BANK, DELINDA WOLTRING, and DOES 1-20, inclusive, | |
|     Defendants. | |

        Plaintiff was required to respond to an Order filed March 29, 2012, by either filing proof that Defendant Delinda Woltring was served with process or a document showing good cause for Plaintiff's failure to serve this Defendant within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 9.) This filing was due no later than April 23, 2012. <u>Id.</u> The March 29, 2012 Order warned Plaintiff that failure to make the required showing by the deadline would result in Defendant Delinda Woltring being dismissed from this action.

        Plaintiff failed to respond to the March 29, 2012 Order by this deadline. Therefore, Defendant Delinda Woltring is dismissed from this action without prejudice.

        IT IS SO ORDERED.

Dated: April 27, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28